FILED

APR - 2 2020

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ-20-27-BLG-TJC |
|---|---|
| Samsung slider cell phone (SN: A3LSCHR640); LG slider cell phone (SN: 910KPNY0047199); Samsung flip phone (SN: RPLB277825H); Nokia cell phone (SN: 010701/00/336374/5); Nokia smart phone (SN: 661X-RM860); Samsung mobile phone IMEI – 355890097754; Western Digital external hard drive (SN: WCAL75311617); Passport Ultra external hard drive (SN: WX91AB53P1PL); Seagate external hard drive (SN: NAAAKKK2); Nextbook laptop computer (8082A-NXW10QC32G) (SN: YFG0115059869); Aspire laptop computer IC (1754F-BRCM1030); and Sony CD-R disc, silver in color, all in the custody of the FBI at Billings, Montana | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application for a Search Warrant, Search Warrant, and Affidavit in support of Search Warrant and attachments (Attachments A-B) filed herein, are SEALED. The Search Warrant is unsealed for the limited purpose of permitting the Affiant to comply with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f).

//

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this __2__ day of April, 2020.

_____
Hon. Timothy J. Cavan
United States Magistrate Judge